RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/22/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TAUREAN M. WILLIAMS | CIVIL ACTION NO. 3:11-cv-1880 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| BILLY HARRISON, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims against all Defendants are **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, to the extent asserted, Plaintiff's state law claims against Defendants Adam Wilson and Derrick Wilson are **DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this 21 day of February, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE